IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MARLYN CAMPBELL,                              **Civil File No. 09-00303-CV-W-DW**

      Plaintiff,

vs.                                            **STIPULATION OF DISMISSAL**
                                                           **WITH PREJUDICE**

ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.,

      Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Marlyn Campbell, and the defendant, Alliance One Receivables Management, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                           Respectfully submitted,

Dated:  09-23-09                      By  /s/J. Mark Meinhardt
                                                           J. Mark Meinhardt, #53501
                                                           4707 College Boulevard, Suite 100
                                                           Leawood, KS 66211
                                                           (913) 451-9797
                                                           (913) 451-6163 (fax)
                                                           ATTORNEY FOR PLAINTIFF

Dated:  09-24-09                      By  /s/Joshua C. Dickinson
                                                           Joshua C. Dickinson, #51446
                                                           Benjamin T. Clark, #53155
                                                           1000 Walnut, Suite 1400
                                                           Kansas City, MO 64106
                                                           (816) 474-8100
                                                           (816) 474-3216 (fax)
                                                           ATTORNEY FOR DEFENDANT